```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

**GREEN TREE SERVICING, LLC, ET. AL.**                                  **PLAINTIFFS**

**VS.**                                         **CIVIL ACTION NO. 3:16-cv-50-WHB-JCG**

**ANTHONY CHARLES**                                                     **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Opinion and Order of the Court by which Plaintiffs' Motion to Compel Arbitration was granted, this case is hereby dismissed with prejudice.  Any party may move to re-open this case if further judicial intervention is necessary to enforce the rulings of this Court, or to enforce the rulings of the arbitrators.

SO ORDERED this the 7th day of February, 2017.

                              s/ William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE