IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GREEN TREE SERVICING, LLC, ET AL.                                    PLAINTIFFS

V.                                              CIVIL ACTION NO. 3:16-cv-050-WHB-JCG

ANTHONY CHARLES                                                      DEFENDANTS

NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, Anthony Charles, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment [Dkt. No. 29] entered on February 7, 2017, dismissing with prejudice the Plaintiffs' Complaint in accordance with the Opinion and Order granting Plaintiffs' Motion to Compel Arbitration.

RESPECTFULLY SUBMITTED, this the 9th day of March, 2017.

Anthony Charles

By:            */s/ Mitchell D. Thomas*
            MITCHELL D. THOMAS, Their Attorney

            MITCHELL D. THOMAS, MSB 104824
            ROBERT M. LOGAN
            LOGAN & MAYO, P.A.
            P. O. BOX 218
            NEWTON, MS  39345
            (601) 683-7888 (Telephone)
            (601) 683-3885 (Facsimile)
            mthomas@newtonmslaw.com

## CERTIFICATE OF SERVICE

  I, Mitchell D. Thomas, certify that I electronically filed a NOTICE OF APPEAL with the Clerk of the Court using the ECF system which sent notification of such filing to the following counsels of records for Defendant:

| | |
|---|---|
| Hon. Adam Stone | astone@joneswalker.com |
| Hon. Lisa Reppeto | lreppeto@joneswalker.com |
| Hon. Kaytie M. Pickett | kpickett@joneswalker.com |
| JONES WALKER LLP | |

This the 9th day of March, 2017.

        By: ____*/s/ Mitchell D. Thomas*_____
           MITCHELL D. THOMAS, MSB # 104824